**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION**

| | | |
|---|---|---|
| Victor Balthazar Bail, | ) | |
| | ) | |
| Plaintiff, | ) | **JOINT CONSENT MOTION TO** |
| | ) | **DISMISS** |
| vs. | ) | |
| | ) | |
| Ping Xiao, Shu Qing Lin, Xiu Ying Xiao, | ) | |
| Chang An Kitchen, LLC d/b/a Chang An | ) | |
| New China Buffet, and Chang An King, | ) | |
| LLC d/b/a Chang An New China Buffet, | ) | C.A. No.: 6:13-cv-02051-HMH |
| Chang An, Inc., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pursuant to Rule 41(a)(2) of the Rules of Civil Procedure, jointly Plaintiff and Defendants Shu Qing Lin, Xiu Ying Xiao, Chang An Kitchen, LLC d/b/a Chang An New China Buffet, and Chang An King, LLC d/b/a Chang An New China Buffet, and Chang An, Inc. moves this Court for an entry of an Order dismissing without prejudice the aforementioned Defendants with rights to be restored under a "Rubin Order" if settlement is not consummated. This dismissal does not affect Defendant Ping Xiao.

Respectfully submitted, this 14th day of November, 2014.

| | |
|---|---|
| s/Hannah Rogers Metcalfe | s/John G. Reckenbeil |
| Courtney C. Atkinson, Fed. ID #9339 | John G. Reckenbeil, Fed ID #7671 |
| Hannah Rogers Metcalfe, Fed. ID #9943 | 215 Magnolia Street (29306) |
| METCALFE & ATKINSON, LLC | Post Office Box 1633 |
| 9 Toy Street | Spartanburg, South Carolina 29304 |
| Greenville, South Carolina 29601 | Phone: (864) 582-5472 |
| 864-214-2319 | Fax: (864) 582-7280 |
| hmetcalfe@malawfirmsc.com | john@johnreckenbeillaw.com |
| *Attorneys for Plaintiff* | *Attorney for Defendants* |