# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# GREENVILLE DIVISION

| | |
|---|---|
| Victor Balthazar Bail, )<br>　　　　　　　　　　　　　　　　　　) <br>　　　　　　Plaintiff, )<br>　　　　　　　　　　　　　　　　　　)<br>　vs.　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>Ping Xiao, Shu Qing Lin, Xiu Ying Xiao, )<br>Chang An Kitchen LLC d/b/a Chang An )<br>New China Buffet, and Chang An King, )<br>LLC d/b/a Chang An New China Buffet, )<br>Chang An, Inc. )<br>　　　　　　Defendants, )<br>_____) | C.A. No.  6:13-cv-02051-HMH<br><br>**STIPULATION OF DISMISSAL**<br>**WITH PREJUDICE** |

　　　The parties, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure,

hereby dismiss this action, including all claims that were or could have been asserted herein,

<u>with prejudice</u>.   Each party shall bear its own costs and attorneys fees.

　　　We So Stipulate.


**s/ Courtney C. Atkinson**　　　　　　　　　　**s/ Joseph Mooneyham**
Courtney C. Atkinson, Fed. ID #9339　　　　　Joseph Mooneyham, Fed. ID #3965
Hannah Rogers Metcalfe, Fed. ID #9943　　　 Mooneyham Berry, LLC
Metcalfe & Atkinson, LLC　　　　　　　　　　1225 South Church Street
9 Toy Street　　　　　　　　　　　　　　　　Greenville, SC 29605
Greenville, South Carolina 29601　　　　　　 (864) 421-0036 Telephone
(864) 214-2319 Telephone　　　　　　　　　 (864) 421-9060 Facsimile
(864) 214-3067 Facsimile　　　　　　　　　　john@johnreckenbeillaw.com
hmetcalfe@malawfirmsc.com　　　　　　　　*Attorney for Defendants Shu Qing Lin, Xiu*
*Attorneys for Plaintiff*　　　　　　　　　　　*Ying Xiao and Chang An, Inc*


April 2, 2015
Greenville, South Carolina